IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DOYLE MOON,** | * | |
| **Plaintiff** | | |
| | * | |
| vs. | | Civil No.: AMD 00-1996 |
| | * | |
| **PORT ANNAPOLIS MARINA, INC.,** | * | |
| **Defendant** | | |
| | ****** | |

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant, it is, this 16th day of October, 2000,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Andre M. Davis
United States District Judge

U.S. District Court (Rev. 9/98) - Rule 4(m) - Show Cause Order