IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOYLE MOON,
    Plaintiff

vs.    Civil No.: AMD 00-1996

PORT ANNAPOLIS MARINA, INC.,
    Defendant

\*\*\*\*\*\*

## ORDER

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon defendant within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 31st day of October, 2000,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

ANDRE M. DAVIS
United States District Judge

U.S. District Court (Rev. 9/98) - Rule 4(m) - Dismissal Order